DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CHRISTINA CETKOVIC,

Appellant,

v.

NIKOLAS CETKOVIC,

Appellee.

No. 2D2024-2752

_____

May 15, 2026

Appeal from the Circuit Court for DeSoto County; Don T. Hall, Judge.

Shelli Freeland Eddie of The Freeland Eddie Law Group, P.A., Sarasota, for Appellant.

Destiney R. Smith of the Law Office of Destiney R. Smith, Fort Myers, for Appellee.

SLEET, Judge.

Christina Cetkovic, the Wife, appeals from the final judgment of dissolution of her marriage to Nikolas Cetkovic, the Husband. Because our record does not include a transcript of the final dissolution hearing, we can only address error that is apparent on the face of the record. *See Smith v. Smith*, 39 So. 3d 458, 459 (Fla. 2d DCA 2010). The Wife argues and the Husband concedes that the final judgment contains a scrivener's

error in that it imputes income to the Husband in an amount of the minimum wage for the State of New Jersey when the Husband in fact lives in the State of New York.  Accordingly, we remand for the trial court to correct this scrivener's error.  We otherwise affirm the final judgment without further comment.

Affirmed; remanded for correction of scrivener's error.

LaROSE and ATKINSON, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.